1 **DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2 5151 North Palm Avenue, Suite 10
Fresno, California 93704
3 (559) 227-1515 Telephone
(559) 221-6557 Facsimile
4

5 Attorney for Defendant, SHEEN MONAE PORTER

6

7 **UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**
8
\* \* \*
9

10 UNITED STATES OF AMERICA,          )       **Case No. 1:05-CR-00393-01 AWI**
                                     )
11                 Plaintiff,         )       **STIPULATION AND ORDER TO**
                                     )       **CONTINUE SENTENCING DATE**
12 v.                                )
                                     )       **Date   :    April 17, 2006**
13 SHEENA MONAE PORTER,              )       **Time   :    9:00 a.m.**
                                     )       **Judge  :    Honorable**
14                 Defendant.         )                    **Anthony W. Ishii**
                                     )
15 _____   )

16      The parties hereby agree and stipulate as follows:

17      To continue the date of Sentencing, currently scheduled for April 3, 2006, at 9:00 a.m., to April

18 17, 2006, at 9:00 a.m.

19

20 DATED:    March 17, 2006           /s/_____
                                     DALE A. BLICKENSTAFF
21                                   Attorney for Defendant, SHEENA MONAE PORTER

22

23 DATED:    March 17, 2006           _____
                                     STANLEY A. BOONE
24                                   Assistant United States Attorney

25

26

27

28
**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE, Case No. 1:05-CR-00393-01 AWI**

# ORDER

IT IS HEREBY ORDERED that the new date of Sentencing is April 17, 2006, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   March 17, 2006**              /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

---

**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE, Case No. 1:05-CR-00393-01 AWI**